**SECOND DIVISION
MILLER, P. J.,
MERCIER, J., and SENIOR APPELLATE JUDGE PHIPPS**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**May 5, 2022**

# In the Court of Appeals of Georgia

A20A1104. ATLANTIC SPECIALTY INSURANCE COMPANY
v. CITY OF COLLEGE PARK et al.

PHIPPS, Senior Appellate Judge.

In *Atlantic Specialty Ins. Co. v. City of College Park*, 313 Ga. 294 (869 SE2d 492) (2022), the Supreme Court of Georgia reversed this Court's decision in *Atlantic Specialty Ins. Co. v. City of College Park*, 357 Ga. App. 556 (851 SE2d 189) (2020). Accordingly, we vacate our prior opinion and adopt the opinion of the Supreme Court as our own. For the reasons provided in the Supreme Court's opinion, the judgment of the trial court is reversed.

*Judgment reversed. Miller, P. J., and Mercier, J., concur*.